# Exhibit 2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| ANTHONY L. SLAPIKAS<br>and ALICE B. SLAPIKAS<br>for themselves and all others<br>similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>FIRST AMERICAN TITLE<br>INSURANCE COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. _____ |

**DECLARATION OF WARREN STROUSE**

Warren Strouse declares as follows:

1.    I am a Vice President of First American Title Insurance Company ("First American") and work in the region that includes Pennsylvania.

2.    First American is incorporated in California and has its principal place of business in Santa Ana, California.

3.    In my capacity as Vice President in the region that includes Pennsylvania, I am familiar with First American's annual filings with the Pennsylvania Title Rating Bureau and the Pennsylvania Insurance Department. First American's Pennsylvania Title Insurance Statistical Reports for the years 1999 through 2004 indicate the number of owner's and mortgage policies issued by First American at the "Basic Rate" for the applicable calendar year.

2272567 1                1

4. Based on my review of First American's Pennsylvania Title Insurance Statistical Reports for the years 1999 through 2004, I have knowledge of the facts contained herein and am competent to testify thereto.

5. The Pennsylvania Title Insurance Statistical Reports for the years 1999 through 2004 indicate that First American issued 257,947 owner's and mortgage title insurance policies at the "Basic Rate" to customers in the Commonwealth of Pennsylvania from 1999 through 2004.

6. We do not yet have data for 2005 as we have not yet prepared the Pennsylvania Title Insurance Statistical Report for that year, and First American personnel are still entering the underlying data on policies issued in 2005, but I expect that the figures for 2005 will be approximately comparable to the average of the prior five years.

7. The figures stated above are based on business records available at this time.

I DECLARE UNDER PENALTY OF PERJURY
UNDER THE LAWS OF THE UNITED STATES OF AMERICA
THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on this 18th day of January, 2006.

Warren Strouse

2272567.1

2