

**2002**
*Pennsylvania Agency Seminar*

# Rockin' in the 50's Handbook

Hershey Lodge and Convention Center
Hershey, Pennsylvania
April 22, 2002

APP-00129

## FIRST AMERICAN REMITTANCE SUMMARY

| Company | Number of Policies | Number and Percentage of Policies Charged Basic Rate | Number and Percentage of Policies Granted Discount |
|---|---|---|---|
| Mezzo Land Services, LLC | 898 | 766 (85%) | 116 (13%) |
| Express Financial Services, Inc. | 1241 | 1203 (97%) | 38 (3%) |
| First National Insurance Services Company | 1472 | 1329 (90%) | 143 (10%) |

APP-00130

## MEZZO FILE REVIEW SUMMARY

| Total Transactional Files Reviewed | Number and Percentage of Transactions Charged the Basic Rate | Number and Percentage of Total Transactional Files Containing Evidence of Prior Title Insurance Policy – Discount Eligible Files | Number and Percentage of Discount Eligible Files Granted Discount |
|---|---|---|---|
| 898 | 766 (85%) | 723 (81%) | 116 (16%) |

APP-00131

| Year | Type | Category | Total Policies | Percent of Total Policies Discounted | Year | Type | Category | Total Policies | Percent Of Total Policies Discounted |
|---|---|---|---|---|---|---|---|---|---|
| | | First American Statistical Report 1999-2005 | | | | | | | |
| 1999 | Agency | Basic Rate | 42,216 | | 2003 | Agency | Basic Rate | 61,102 | |
| | | Reissue Rate | 23,223 | | | | Reissue Rate | 35,310 | |
| | | Refinance Rate | 4,735 | | | | Refinance Rate | 18,063 | |
| | Agency Total | | 70,174 | 39.84% | | Agency Total | | 114,475 | 46.62% |
| | Direct | Basic Rate | 646 | | | Direct | Basic Rate | 145 | |
| | | Reissue Rate | 254 | | | | Reissue Rate | 88 | |
| | | Refinance Rate | 78 | | | | Refinance Rate | 47 | |
| | Direct Total | | 978 | 33.95% | | Direct Total | | 280 | 48.21% |
| | Combined | Basic Rate | 42,862 | | | Combined | Basic Rate | 61,247 | |
| | | Reissue Rate | 23,477 | | | | Reissue Rate | 35,398 | |
| | | Refinance Rate | 4,813 | | | | Refinance Rate | 18,110 | |
| 1999 Total | | | 71,152 | 39.76% | 2003 Total | | | 114,755 | 46.63% |
| 2000 | Agency | Basic Rate | 32,234 | | 2004 | Agency | Basic Rate | 48,413 | |
| | | Reissue Rate | 12,133 | | | | Reissue Rate | 21,032 | |
| | | Refinance Rate | 1,345 | | | | Refinance Rate | 10,076 | |
| | Agency Total | | 45,712 | 29.48% | | Agency Total | | 79,521 | 39.12% |
| | Direct | Basic Rate | 454 | | | Direct | Basic Rate | 918 | |
| | | Reissue Rate | 160 | | | | Reissue Rate | 714 | |
| | | Refinance Rate | 29 | | | | Refinance Rate | 308 | |
| | Direct Total | | 643 | 29.39% | | Direct Total | | 1,940 | 52.68% |
| | Combined | Basic Rate | 32,688 | | | Combined | Basic Rate | 49,331 | |
| | | Reissue Rate | 12,293 | | | | Reissue Rate | 21,746 | |
| | | Refinance Rate | 1,374 | | | | Refinance Rate | 10,384 | |
| 2000 Total | | | 46,355 | 29.48% | 2004 Total | | | 81,461 | 39.44% |
| 2001 | Agency | Basic Rate | 27,482 | | 2005 | Agency | Basic Rate | 44,435 | |
| | | Reissue Rate | 14,216 | | | | Reissue Rate | 18,183 | |
| | | Refinance Rate | 3,224 | | | | Refinance Rate | 12,515 | |
| | Agency Total | | 44,922 | 38.82% | | Agency Total | | 75,133 | 40.86% |
| | Direct | Basic Rate | 1,320 | | | Direct | Basic Rate | 2,058 | |
| | | Reissue Rate | 844 | | | | Reissue Rate | 1,562 | |
| | | Refinance Rate | 229 | | | | Refinance Rate | 616 | |
| | Direct Total | | 2,393 | 44.84% | | Direct Total | | 4,236 | 51.42% |
| | Combined | Basic Rate | 28,802 | | | Combined | Basic Rate | 46,493 | |
| | | Reissue Rate | 15,060 | | | | Reissue Rate | 19,745 | |
| | | Refinance Rate | 3,453 | | | | Refinance Rate | 13,131 | |
| 2001 Total | | | 47,315 | 39.13% | 2005 Total | | | 79,369 | 41.42% |
| 2002 | Agency | Basic Rate | 38,584 | | 1999-2005 | Agency | Basic Rate | 294,466 | |
| | | Reissue Rate | 22,359 | | | | Reissue Rate | 146,456 | |
| | | Refinance Rate | 8,291 | | | | Refinance Rate | 58,249 | |
| | Agency Total | | 69,234 | 44.27% | | Agency Total | | 499,171 | 41.01% |
| | Direct | Basic Rate | 2,477 | | | Direct | Basic Rate | 8,018 | |
| | | Reissue Rate | 909 | | | | Reissue Rate | 4,531 | |
| | | Refinance Rate | 331 | | | | Refinance Rate | 1,638 | |
| | Direct Total | | 3,717 | 33.36% | | Direct Total | | 14,187 | 43.48% |
| | Combined | Basic Rate | 41,061 | | | Combined | Basic Rate | 302,484 | |
| | | Reissue Rate | 23,268 | | | | Reissue Rate | 150,987 | |
| | | Refinance Rate | 8,622 | | | | Refinance Rate | 59,887 | |
| 2002 Total | | | 72,951 | 43.71% | Grand Total | | | 513,358 | 41.08% |

First American 1999-2005 Stat Percents 1-17-07.xls

APP-00132





# Underwriting Search Examination Informational Text Manual

APP-00134

 *First American Title Insurance Company*

# Underwriting Advisory 1998-05

## Pennsylvania

**Date: November 16, 1998**

**To:** Pennsylvania Agents and Approved Attorneys

**From:** Michael J. Fromhold, V.P. / Sr. Regional Counsel

**RE:** LIMITED SHORT SEARCH AUTHORIZATION – UPDATED PROCEDURES

---

By Underwriting Advisory 1998-02 dated April 3, 1998, the circumstance and procedures were detailed pursuant to which a limited search may be utilized in conjunction with the issuance of a loan policy. At that time, the circumstance was limited to a "second / junior residential mortgage encumbering the residence of the borrower." It is our intention by this Underwriting Advisory to expand the circumstance by also including "any mortgage in an amount of $200,000 or less, encumbering the residence of the borrower, with the exception of a purchase money mortgage."

To reiterate, you may continue to shorten the search period necessary to issue commitments - by searching back against the borrower three months before the dated date of the Last Deed of Record - provided the following criteria exists and all our requirements are strictly followed.

1. The title commitment is issued and used only to insure a residential mortgage (which cannot be a purchase money mortgage) and which will encumber the residence of the borrower; and if other than a second / junior mortgage, the mortgage debt cannot exceed $200,000;

2. The Last Deed of Record into the borrower was arms length and for bona fide consideration;

3. A purchase money mortgage ("PMM") was created of record in favor of an institutional lender at the time the borrower became vested in title.

4. You have some evidence ( copy of policy, HUD-1 etc.) that the transaction evidenced by the deed and the PMM was insured; you will need it anyway to provide the reissue rate;

5. Both the title insurance commitment and title policy which are issued must contain the following exception on Schedule B:

   "Covenants, conditions, restrictions and easements which may exist on the land."

6. Neither the title commitment or policy can be used in the future for back title purposes.

**In all other circumstances, presently existing search procedures must be followed**

APP-00135



**First American Title Insurance Company**
P. O. Box 903, Valley Forge, PA 19482
(800) 486-7015 / Fax: (610) 265-8796
Attention: Tracey Stephenson

## PENNSYLVANIA SUPPLY REQUISITION

**Ordering Office:**

**Ship To:**

### POLICIES

| QUANTITY | FORM # | DESCRIPTION |
|---|---|---|
| | FTPA 100 | Eagle Loan/Owner's Schedule A |
| | FTPA 101 | Eagle Loan/Owner's Schedule B |
| | FTPA 101S | Eagle Loan Schedule B-II |
| | 1056-EL | Eagle-M Loan Policy |
| | 1341-EO | Eagle-M Owner's Policy (includes Owner's Information Sheet and Table of Contents) |
| | FTPA 97 | Loan/Owner's Schedule A |
| | FTPA 98 | Loan/Owner's Schedule B |
| | FTPA 98S | Loan Schedule B-II |
| | PA 13 | Owner's Jacket (10/17/92) |
| | PA 26 | Loan Jacket (10/17/92) |
| | PA 27-1 | Short Form Loan (10/17/92) |
| | PA 27-2 | Addendum-Short Form (10/92) |

### COMMITMENTS

| QUANTITY | FORM # | DESCRIPTION |
|---|---|---|
| | FTPA 60 | Commitment Cover |
| | FTPA 61 | Schedule A |
| | FTPA 62 | Schedule B |
| | FTPA 63 | Schedule C |
| | FTPA 64 | Schedule B-II |
| | FTPA 65 | Mortgage Sheet |
| | FTPA 66 | Commitment Backer |

### ENDORSEMENTS

| QUANTITY | FORM # | DESCRIPTION |
|---|---|---|
| | FTPA 9 | TIRBOP PA 100-Restriction |
| | FTPA 10 | TIRBOP PA 300-Survey |
| | FTPA 11 | TIRBOP PA 1070-General |
| | FTPA 40 | TIRBOP PA 400-Man. Housing |
| | FTPA 41 | TIRBOP PA 1000-Mand. Adv. |
| | FTPA 42 | FA-DEV-PA 1001.1 Reverse |
| | FTPA 43 | TIRBOP PA 1030-ALTA 9 |
| | FTPA 90 | TIRBOP PA 1020-Balloon |
| | FTPA 91 | TIRBOP PA 710-Variable Rate |
| | FTPA 93 | TIRBOP PA 710-6.2-Neg. Amort. |
| | FTPA 94 | TIRBOP PA 810-Condominium |
| | FTPA 95 | TIRBOP PA 820-PUD |
| | FTPA 96 | TIRBOP PA 1010-Revolving |
| | FTPA 99 | TIRBOP PA 900-Environmental |
| | FTPA 102 | TIRBOP PA 1080-Residential Mtg. |

### SETTLEMENTS/AFFIDAVITS/MISCELLANEOUS

| QUANTITY | FORM # | DESCRIPTION |
|---|---|---|
| | FTPA 2 | Application for Title Insurance |
| | FTPA 3 | HUD-1 Settlement Statement |
| | FTPA 6 | Purchaser's Affidavit |
| | FTPA 7 | Owner's Affidavit |
| | FTPA 8 | App. Atty. Certificate Title |
| | FTPA 24 | Hold Harmless and Indemnity |
| | FTPA 25 | Escrow Agreement |
| | FTPA 26 | Over Limits Authorization |
| | FTPA 77 | Remittance Sheet |
| | FTPA 78 | Special Charges Report |
| | | Gap Indemnity |
| | | Rate Cards |
| | | Closing Service Letter |
| | | Waiver of Eagle Policy |
| | | Pennsylvania Manual of Rates |

Comments:

APP-00136



## First American Title Insurance Company
500 N. Gulph Road • P.O. Box 903 • Valley Forge, PA 19482
(800) 486-7015 • (610) 265-8440 • FAX (610) 265-8796
x109    e-mail: mfrederick@firstam.com

From the desk of
Michael F. Frederick, Jr.
Regional Vice President

# MEMORANDUM

DATE:   August 28, 1998

TO:     All Pennsylvania Agents

SUBJECT: Policy Issuance and Remittance

---

The purpose of this memo is to reiterate First American's policy with regard to policy remittance.

As soon as the title premium is received, the appropriate policy jackets are to be placed in the file. (In order to avoid confusion, a policy log should be used to track to which file the jackets have been assigned.) For reporting purposes, the policies are then considered issued and are to be included in the next monthly remittance. The actual copies of the policies shall be delivered within a month after typing.

Remember, the "Special Charges Report" for these files is to accompany the remittance. If none of the charges on the "Special Charges Report" apply, the report is to be submitted indicating "None".

Please direct any questions you may have to your servicing office.

Thank you.


Cc:   James T. Stinelli
      David E. Carlino
      Warren R. Strouse


• Please insert this memo in the Memos Section of your Agency Manual •

APP-00137



# First American Title Insurance Company
500 N. Gulph Road · P.O. Box 903 · Valley Forge, PA 19482

## INTER-OFFICE COMMUNICATION

DATE: August 21, 1996

FROM: Warren R. Strouse, V.P.

TO: All Pennsylvania Agents

SUBJECT: Completion of HUD-1 Settlement Sheet

This memo is issued as a reminder that extreme care should be taken when completing the HUD-1 Settlement Sheet. As many of you know we are currently involved in a Market Conduct Examination which is being conducted by the Market Conduct Division of the Insurance Department and it has been our experience that the Department has a zero tolerance attitude for such errors.

It should also be noted that when insuring your own personal real estate transaction you must show the entire amount of premium as taken from our Rate Manual in the appropriate location on the HUD sheet.

Care taken at the settlement table in this regard should serve to eliminate difficulties at the time of future audits by the Insurance Department.

APP-00138